ABNER ORR, Assignee,

*v.*

THE NATIONAL FIRE INSURANCE COMPANY.

*Filed at Springfield November 1, 1895.*

The judgment in this case must be affirmed for the reasons given in *Orr* v. *Hanover Fire Ins. Co.* (*ante*, p. 149,) the questions arising in the two cases being similar.

*National Fire Ins. Co.* v. *Orr*, 56 Ill. App. 627, affirmed.

APPEAL from the Appellate Court for the Third District;—heard in that court on appeal from the Circuit Court of Vermilion county; the Hon. FERDINAND BOOKWALTER, Judge, presiding.

W. J. CALHOUN, and H. M. STEELY, for appellant.

THOMAS BATES, and LAWRENCE & LAWRENCE, for appellee.

Per CURIAM: The questions involved in this case are the same as those presented and decided in *Orr* v. *Hanover Fire Ins. Co.* (*ante*, p. 149.) The reasons given in the opinion for affirming the judgment in that case are equally applicable to this, and need not be repeated here.

The judgment of the Appellate Court will be affirmed.

*Judgment affirmed.*